458 A.2d 260

Commonwealth v. O'Shea, Appellant.

Petition for Allowance of Appeal
Denied June 17, 1983.

Submitted January 20, 1982. Basil G. Russin, Chief Public Defender, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., JOHNSON and LIPEZ, JJ.

The judgment of sentence of the lower court is affirmed.